

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

JPL
F.# 2010R00017

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 26, 2010

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Zarein Ahmedzay
>      <u>Criminal No. 10-019 (RJD)</u> #2

Dear Chief Judge Dearie:

   The government respectfully submits this letter to request an adjournment of the sentencing of Zarein Ahmedzay until February 4, 2011 at 10:30 a.m.  Defense counsel does not object to this request.

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

                        By:        /s/
                              Jeffrey H. Knox
                              David Bitkower
                              James P. Loonam
                              Berit W. Berger
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc: Michael Marinaccio, Esq. (ECF)

*Request Granted.
So Ordered.*

s/ Judge Raymond J. Dearie

7/29/10