DMB:JPL/BWB
F.#2010R00057



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 11 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FERID IMAM,
    also known as "Yousef,"
ADIS MEDUNJANIN,
    also known as "Muhammad,"
ABID NASEER,
ADNAN EL SHUKRIJUMAH,
    also known as "Hamad,"
TARIQ UR REHMAN and
FNU LNU,
    also known as "Ahmad" and
    "Zahid,"

               Defendants.

- - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. <u>10-019 (S-4)(RJD)</u>
(T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(iii),
924(c)(1)(B)(ii),
924(c)(1)(C), 924(o),
956(a)(1), 956(a)(2),
2332a(a)(2),
2332b(a)(1)(A),
2332b(a)(2),
2332b(b)(1)(A),
2332b(b)(1)(B),
2332b(c)(1)(A),
2332b(c)(1)(C),
2332b(c)(1)(D),
2332b(c)(1)(F),
2332b(c)(2), 2339B(a)(1),
2339B(d)(1)(A),
2339B(d)(1)(C),
2339B(d)(1)(D),
2339B(d)(1)(E),
2339B(d)(1)(F), 2339B(d)(2),
2339D(a), 2339D(b)(1),
2339D(b)(3), 2339D(b)(5),
2339D(b)(6), 2 and 3551 <u>et
seq.</u>)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy To Use Weapons Of Mass Destruction)

    1.    In or about and between September 2008 and

September 2009, both dates being approximate and inclusive,

within the Eastern District of New York and elsewhere, the

defendants ADIS MEDUNJANIN, also known as "Muhammad," ADNAN EL

SHUKRIJUMAH, also known as "Hamad," and FNU LNU, also known as

"Ahmad" and "Zahid," together with others, including Najibullah
Zazi, Zarein Ahmedzay, Rashid Rauf, also known as "Ibrahim," and
FNU LNU, also known as "Abdul Hafeez," "Abdul Hafidh" and "Saleh
al-Somali," did knowingly and intentionally and without lawful
authority conspire to use one or more weapons of mass
destruction, to wit: explosive bombs and other similar explosive
devices, against persons and property within the United States,
and: (1) facilities of interstate and foreign commerce, to wit:
e-mail and the internet, were used in furtherance of the offense,
(2) one or more perpetrators, to wit: the defendant ADIS
MEDUNJANIN and others, including Najibullah Zazi and Zarein
Ahmedzay, traveled in interstate and foreign commerce, and (3)
the offense and the results of the offense would have affected
interstate and foreign commerce.

　　　(Title 18, United States Code, Sections 2332a(a)(2) and
3551 et seq.)

### COUNT TWO
(Conspiracy To Commit Murder In A Foreign Country)

　　　2.　　In or about and between January 2008 and September
2008, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere within the
jurisdiction of the United States, the defendant ADIS MEDUNJANIN,
also known as "Muhammad," together with others, including
Najibullah Zazi and Zarein Ahmedzay, did knowingly and
intentionally conspire to commit outside the United States one or
more acts that would constitute the offenses of murder and

maiming if committed in the special maritime and territorial jurisdiction of the United States, and one or more of the conspirators did commit an act within the jurisdiction of the United States to effect an object of the conspiracy.

3.   In furtherance of the conspiracy and to effect its objects, the defendant ADIS MEDUNJANIN, together with others, knowingly committed and caused to be committed, among others, the following:

<u>OVERT ACTS</u>

a.   In or about and between July 2008 and August 2008, both dates being approximate and inclusive, in Queens, New York, the defendant ADIS MEDUNJANIN, together with others, to wit: Najibullah Zazi and Zarein Ahmedzay, attempted to recruit John Doe, an individual whose identity is known to the Grand Jury, to travel overseas with them to wage violent jihad.

b.   On or about August 28, 2008, the defendant ADIS MEDUNJANIN, together with others, to wit: Najibullah Zazi and Zarein Ahmedzay, traveled from Queens, New York to Newark Liberty International Airport in Newark, New Jersey.

c.   On or about August 28, 2008, the defendant ADIS MEDUNJANIN, together with others, to wit: Najibullah Zazi and Zarein Ahmedzay, boarded a flight at Newark Liberty

4

International Airport to fly from Newark, New Jersey to Doha,
Qatar and Peshawar, Pakistan.

   (Title 18, United States Code, Sections 956(a)(1),
956(a)(2) and 3551 <u>et</u> <u>seq.</u>)

COUNT THREE
(Providing Material Support
To A Foreign Terrorist Organization)

   4. In or about and between September 2008 and January
2010, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, including the
extraterritorial jurisdiction of the United States, the
defendants FERID IMAM, also known as "Yousef," ADIS MEDUNJANIN,
also known as "Muhammad," ABID NASEER, ADNAN EL SHUKRIJUMAH, also
known as "Hamad," TARIQ UR REHMAN and FNU LNU, also known as
"Ahmad" and "Zahid," together with others, including Najibullah
Zazi, Zarein Ahmedzay, Rashid Rauf, also known as "Ibrahim," and
FNU LNU, also known as "Abdul Hafeez," "Abdul Hafidh" and "Saleh
al-Somali," did knowingly and intentionally provide material
support and resources, as defined in 18 U.S.C. § 2339A(b),
including currency, lodging, training, expert advice and
assistance, safehouses, communications equipment, explosives,
personnel and transportation, to a foreign terrorist
organization, to wit: al-Qaeda, which has been designated by the

Secretary of State as a foreign terrorist organization since 1999, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1), 2339B(d)(1)(A), 2339B(d)(1)(C), 2339B(d)(1)(D), 2339B(d)(1)(E), 2339B(d)(1)(F), 2339B(d)(2), 2 and 3551 et seq.)

<u>COUNT FOUR</u>
(Conspiracy to Provide Material Support
To A Foreign Terrorist Organization)

5.    In or about and between September 2008 and January 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, including the extraterritorial jurisdiction of the United States, the defendants FERID IMAM, also known as "Yousef," ADIS MEDUNJANIN, also known as "Muhammad," ABID NASEER, ADNAN EL SHUKRIJUMAH, also known as "Hamad," TARIQ UR REHMAN and FNU LNU, also known as "Ahmad" and "Zahid," together with others, including Najibullah Zazi, Zarein Ahmedzay, Rashid Rauf, also known as "Ibrahim," and FNU LNU, also known as "Abdul Hafeez," "Abdul Hafidh" and "Saleh al-Somali," did knowingly and intentionally conspire to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including currency, lodging, training, expert advice and assistance, safehouses, communications equipment, explosives, personnel and transportation, to a foreign terrorist organization, to wit: al-Qaeda, which has been designated by the

Secretary of State as a foreign terrorist organization since 1999, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1), 2339B(d)(1)(A), 2339B(d)(1)(C), 2339B(d)(1)(D), 2339B(d)(1)(E), 2339B(d)(1)(F), 2339B(d)(2) and 3551 et seq.)

## COUNT FIVE
### (Receiving Military-Type Training From A Foreign Terrorist Organization)

6.    In or about and between September 2008 and October 2008, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant ADIS MEDUNJANIN, also known as "Muhammad," together with others, including Najibullah Zazi and Zarein Ahmedzay, did knowingly and intentionally receive military-type training, as defined in 18 U.S.C. § 2339D(c)(1), from and on behalf of a foreign terrorist organization, to wit: al-Qaeda, which has been designated by the Secretary of State as a foreign terrorist organization since October 1999, pursuant to Section 219(a)(1) of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339D(a), 2339D(b)(1), 2339D(b)(3), 2339D(b)(5), 2 and 3551 et seq.)

## COUNT SIX
### (Receiving Military-Type Training From A Foreign Terrorist Organization)

7.    In or about and between September 2008 and October 2008, both dates being approximate and inclusive, within the

extraterritorial jurisdiction of the United States, the
defendants FERID IMAM, also known as "Yousef," ADNAN EL
SHUKRIJUMAH, also known as "Hamad," and FNU LNU, also known as
"Ahmad" and "Zahid," together with others, did knowingly and
intentionally aid and abet others, including ADIS MEDUNJANIN,
also known as "Muhammad," Najibullah Zazi and Zarein Ahmedzay, in
receiving military-type training, as defined in 18 U.S.C.
§ 2339D(c)(1), from and on behalf of a foreign terrorist
organization, to wit: al-Qaeda, which has been designated by the
Secretary of State as a foreign terrorist organization since
October 1999, pursuant to Section 219(a)(1) of the Immigration
and Nationality Act.

(Title 18, United States Code, Sections 2339D(a),
2339D(b)(3), 2339D(b)(5), 2339D(b)(6), 2 and 3551 et seq.)

COUNT SEVEN
(Conspiracy To Commit An Act Of
Terrorism Transcending National Boundaries)

8.     In or about and between September 2008 and January
2010, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere and involving conduct
transcending national boundaries, the defendants ADIS MEDUNJANIN,
also known as "Muhammad," ADNAN EL SHUKRIJUMAH, also known as
"Hamad," and FNU LNU, also known as "Ahmad" and "Zahid," together
with others, including Najibullah Zazi, Zarein Ahmedzay, Rashid
Rauf, also known as "Ibrahim," and FNU LNU, also known as "Abdul
Hafeez," "Abdul Hafidh" and "Saleh al-Somali," did knowingly and

intentionally conspire to kill, maim, commit an assault resulting in serious bodily injury and assault with a dangerous weapon one or more persons within the United States, in violation of Sections 120.05(1), 120.05(2) and 125.25(1) of the New York State Penal Law, and (1) one or more facilities of interstate and foreign commerce, to wit: e-mail, the internet and a cellular telephone, were used in furtherance of the offense, and (2) the offense would have affected interstate and foreign commerce if consummated.

9.    In furtherance of the conspiracy and to effect the objects thereof, the defendants ADIS MEDUNJANIN, ADNAN EL SHUKRIJUMAH, also known as "Hamad," and FNU LNU, also known as "Ahmad" and "Zahid," together with others, knowingly committed and caused to be committed, among others, the following:

OVERT ACTS

a.    In or about September 2008, the defendant FNU LNU, also known as "Ahmad" and "Zahid," transported the defendant ADIS MEDUNJANIN, Najibullah Zazi and Zarein Ahmedzay to Waziristan so that they could receive military training from al-Qaeda.

b.    In or about and between September 2008 and December 2008, both dates being approximate and inclusive, the defendant ADNAN EL SHUKRIJUMAH, together with others, including FNU LNU, also known as "Abdul Hafeez," "Abdul Hafidh" and "Saleh al-Somali," recruited and directed the defendant ADIS MEDUNJANIN,

Najibullah Zazi and Zarein Ahmedzay to conduct a terrorist attack in the United States.

        c.    On or about September 25, 2008, the defendant ADIS MEDUNJANIN boarded a flight in Peshawar, Pakistan, with an ultimate destination of Newark Liberty International Airport in Newark, New Jersey.

        d.    In or about November 2008, the defendant FNU LNU, also known as "Ahmad" and "Zahid," transported Najibullah Zazi to Waziristan so that he could receive explosives training from al-Qaeda.

        e.    On or about January 15, 2009, Najibullah Zazi boarded a flight in Peshawar, Pakistan, with an ultimate destination of Newark Liberty International Airport in Newark, New Jersey.

        f.    On or about January 22, 2009, Zarein Ahmedzay boarded a flight in Peshawar, Pakistan, with an ultimate destination of Newark Liberty International Airport in Newark, New Jersey.

        g.    On or about January 7, 2010, the defendant ADIS MEDUNJANIN, while located in Queens, New York, telephoned 911 from a cellular telephone and stated to the operator: "We love death."

        h.    On or about January 7, 2010, the defendant ADIS MEDUNJANIN intentionally crashed his automobile on the

Whitestone Expressway in Queens, New York, with the intent of killing himself and one or more additional drivers.

(Title 18, United States Code, Sections 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(C), 2332b(c)(1)(D), 2332b(c)(1)(F), 2332b(c)(2) and 3551 et seq.)

<u>COUNT EIGHT</u>
(Attempt To Commit An Act Of
Terrorism Transcending National Boundaries)

10.   In or about and between September 2008 and January 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere and involving conduct transcending national boundaries, the defendants ADIS MEDUNJANIN, also known as "Muhammad," ADNAN EL SHUKRIJUMAH, also known as "Hamad," and FNU LNU, also known as "Ahmad" and "Zahid," together with others, including Najibullah Zazi and Zarein Ahmedzay, did knowingly and intentionally attempt to kill, maim, commit an assault resulting in serious bodily injury and assault with a dangerous weapon one or more persons within the United States, in violation of Sections 120.05(1), 120.05(2) and 125.25(1) of the New York State Penal Law, and (1) one or more facilities of interstate and foreign commerce, to wit: e-mail, the internet and a cellular telephone, were used in furtherance of the offense, and (2) the offense would have affected interstate and foreign commerce if consummated.

11.   In furtherance of the attempt and to effect the
objects thereof, the defendants ADIS MEDUNJANIN, ADNAN
SHUKRIJUMAH, also known as "Hamad," and FNU LNU, also known as
"Ahmad" and "Zahid," together with others, knowingly committed
and caused to be committed, among others, the overt acts listed
in paragraph 9(a) through (h).

(Title 18, United States Code, Sections 2332b(a)(1)(A),
2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A),
2332b(c)(1)(C), 2332b(c)(1)(D), 2332b(c)(1)(F), 2332b(c)(2), 2
and 3551 et seq.)

<u>COUNT NINE</u>
(Use Of Destructive Device)

12.   In or about and between August 2008 and September
2008, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants FERID
IMAM, also known as "Yousef," ADIS MEDUNJANIN, also known as
"Muhammad," ADNAN EL SHUKRIJUMAH, also known as "Hamad," and FNU
LNU, also known as "Ahmad" and "Zahid," together with others,
including Najibullah Zazi and Zarein Ahmedzay, did knowingly and
intentionally use and carry one or more firearms during and in
relation to one or more crimes of violence, to wit: the crimes
charged in Counts Two, Five and Six, and did knowingly and
intentionally possess one or more firearms in furtherance of such
crimes of violence, one or more of which firearms was

Case 1:10-cr-00019-RJD    Document 157    Filed 01/11/12    Page 12 of 14 PageID #: 710

12

discharged, and one or more of which firearms was a destructive
device.

(Title 18, United States Code, Sections
924(c)(1)(A)(i), 924(c)(1)(A)(iii), 924(c)(1)(B)(ii), 2 and 3551
et seq.)

COUNT TEN
(Conspiracy To Use A Destructive Device)

13.   In or about and between September 2008 and April
2009, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants ABID
NASEER, TARIQ UR REHMAN and FNU LNU, also known as "Ahmad" and
"Zahid," together with others, did knowingly and intentionally
conspire to use and carry a firearm during and in relation to one
or more crimes of violence, to wit: the crimes charged in Counts
Three and Four, and did knowingly and intentionally possess a
firearm in furtherance of such crimes of violence, which firearm
was a destructive device.

(Title 18, United States Code, Sections
924(c)(1)(B)(ii), 924(o) and 3551 et seq.)

COUNT ELEVEN
(Use Of Destructive Device)

14.   In or about and between November 2008 and
September 2009, both dates being approximate and inclusive,
within the Eastern District of New York and elsewhere, the
defendants FERID IMAM, also known as "Yousef," ADIS MEDUNJANIN,
also known as "Muhammad," ADNAN EL SHUKRIJUMAH, also known as

"Hamad," and FNU LNU, also known as "Ahmad" and "Zahid," together
with others, including Najibullah Zazi and Zarein Ahmedzay, did
knowingly and intentionally use and carry one or more firearms
during and in relation to one or more crimes of violence, to wit:
the crimes charged in Counts One, Three, Four, Seven and Eight,
and did knowingly and intentionally possess one or more firearms
in furtherance of such crimes of violence, one or more of which
firearms was discharged, and one or more of which firearms was a
destructive device.

(Title 18, United States Code, Sections
924(c)(1)(A)(i), 924(c)(1)(A)(iii), 924(c)(1)(B)(ii),
924(c)(1)(C), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34

JUN 85

No._____

Action:_____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

## THE UNITED STATES OF AMERICA

*vs.*

FERID IMAM, also known as "Yousef," ADIS MEDUNJANIN, also known as "Muhammad," ABID NASEER, ADNAN EL SHUKRIJUMAH, also known as "Hamad," TARIQ UR REHMAN and FNU LNU, also known as "Ahmad" and "Zahid,"

Defendants.

## SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(B)(ii), 924(c)(1)(C), 956(a)(1), 956(a)(2), 2332a(a)(2), 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(C), 2332b(c)(1)(D), 2332b(c)(1)(F), 2332b(c)(2), 2339B(a)(1), 2339B(d)(1)(A), 2339B(d)(1)(C), 2339B(d)(1)(D), 2339B(d)(1)(E), 2339B(d)(1)(F), 2339D(a), 2339D(b)(1), 2339D(b)(3), 2339D(b)(5), 2339D(b)(6), 2 and 3551 et seq.)

_____
*A true bill.*

_Suah Fennea_____
_____
*Foreman*

*Filed in open court this* _____

*of* _____ *A.D. 20* _____

_____ *day,*

_____
*Clerk*

*Bail, $* _____

_____

_____
*David Bitkower, James P. Loonam, Berit Berger, Assistant U.S. Attorneys (718-254-7000)*